# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jay W. Bruce**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00009-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration **,** | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 21, 2018 Order.

February 21, 2018

_____

Frank G. Johns, Clerk
United States District Court